**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiffs
CHRIS O'DONNEL,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS O'DONNEL,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br><br>PUGET SOUND COLLECTIONS,<br><br><br>　　　Defendant(s), | Case No.: 2:17-cv-02202<br><br>**NOTICE OF SETTLEMENT** |

## <u>NOTICE OF SETTLEMENT</u>

   NOW COMES Plaintiff, CHRIS O'DONNEL, by and through the
undersigned counsel, and hereby notifies this Honorable Court that the parties have
reached an agreement to settle the instant matter in its entirety. The parties, through

- 1 -

counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* stipulation of dismissal, with prejudice, within sixty (60) days.

RESPECTFULLY SUBMITTED,

Dated: August 3, 2017    **MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
*Attorney for Plaintiff*

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.


By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.

NOTICE OF SETTLEMENT