**CLOSED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS O'DONNEL,<br><br>          Plaintiff,<br><br>     vs.<br><br>PUGET SOUND COLLECTIONS,<br><br>          Defendant(s). | Case No.: 2:17-cv-02202-CAS-JC<br><br>**[PROPOSED] ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |

### <u>ORDER RE STIPULATION TO DISMISS WITH PREJUDICE</u>

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 16, 2017          By:_

_Christina A. Snyder_

Christina A. Snyder
United States District Judge

PROPOSED ORDER